UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

OSCAR F. PINA,

    Plaintiff,

V.

J. TERRY, et al.,

    Defendants.

Civil No. 7: 18-42-KKC

**JUDGMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Federal Rule of Civil Procedure 58, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Oscar Pina's Complaint [R. 1] is **DISMISSED**.

2. Judgment is **ENTERED** in favor of the defendants.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated December 17, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY